# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGEL ENRIQUE ROMERO GALINDEZ, # 17931-069, <br><br> Plaintiff, <br><br> v. <br><br> FAISAL AHMED and K. SCHNEIDER, <br><br> Defendants. | Case No. 3:21-cv-01045-JPG |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having rendered a decision;

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Faisal Ahmed and K. Schneider and against the Plaintiff Angel Enrique Romero Galindez; and that this case is dismissed with prejudice.

**DATED:  May 16, 2024**

MONICA A. STUMP, Clerk of Court

By:     *s/Tina Gray,*
          Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                     J. PHIL GILBERT
                     U.S. DISTRICT JUDGE